UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS ELMER WATERHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No.  CV-12-175-FVS<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **DENIED.** Plaintiff's Motion for Summary Judgment is **GRANTED**.   This matter is REMANDED to the ALJ for a new hearing and the ALJ shall issue a new opinion that more thoroughly addresses the medical evidence in the record.  Judgment is entered for Plaintiff.

DATED: October 7, 2013

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By: *s/Linda Emerson*
                                               Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**